**Fill in this information to identify the case:**

Debtor 1: TRUDY BERNADA SCOTT

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN District of MISSOURI

Case number: 18-47991-399

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial Corporation     **Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 4688

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes.  Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 02/21/2019 (Plan Review) $125.00<br>02/21/2019 (Proof of Claim) $375.00<br>04/02/2019 (Notice of Post-Petition Fees) $100.00 | (3) | $ 600.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/broker's price opinion fee | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: _____ | | (11) | $ _____ |
| 12. Other. Specify: _____ | | (12) | $ _____ |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Trudy Bernada Scott,
Debtor 2                                              Case number (*if known*) 18-47991-399

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Executed on date  04/02/2019
                              MM / DD / YYYY

_/s/ Melinda J. Maune_, Bar # 49797
Signature

| | | | |
|---|---|---|---|
| Print | Melinda | J. | Maune |
| | First name | Middle name | Last name |
| Title | Attorney | | |
| Company | Martin Leigh PC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 2405 Grand Blvd, Suite 410 | Kansas City | MO  64108 |
| | Number  Street | City | State  ZIP Code |
| Contact phone | 816.221.1430 | Email | mjm@martinleigh.com |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on the 2nd day of April, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been by Regular United States Mail Service, first class, postage fully pre-paid, address to the parties listed below on the 2nd day of April, 2019.

Trudy Bernada Scott
36 Lisa Nicole Court
Saint Peters, MO 63376

*/s/ Melinda J. Maune*
Attorney for Creditor